# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISON

Case No. 8:19-bk-11002-CPM

Eileen Dianne Carroll

Debtor(s)

_____/

## TRUSTEE'S NOTICE OF DEFAULT IN PLAN PAYMENTS

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through his undersigned attorney, hereby files this Notice of Default in Plan Payments, pursuant to the Order Reserving Ruling on Trustee's Motion to Dismiss for Failure to Make Plan Payments (Doc #21).

1. As of October 25, 2024, the Debtor(s) are delinquent in payments to the Chapter 13 Trustee in the total amount of $3122.00, which sum is through and including the October payment.

2. The Debtor shall cure all delinquencies and bring all payments current within fourteen (14) days of the date of this Notice.

3. If the Debtor(s) fail to cure all delinquencies, the Trustee may, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Notice of Default in Plan Payments was furnished electronically or by U.S. Mail to; **Eileen Dianne Carroll, 1803 E. Yukon St., Tampa, FL. 33604** and to, **Jay M. Weller, Esq., 25400 US Hwy 19 N. Suite 150, Clearwater, FL. 33763** on October 25, 2024.

/s/ Kimberly R. McIntyre
Kimberly R. McIntyre, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 14123
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:     (941) 750-9266

JMW/KRM/kja